ANOTHER BRIGHT CREATION EARLY LEARNING AND
409 Carolton Rd
Palmetto GA 30268

0035-9831
ORG: 800 Douglasville-staff
EE ID: 628    DD

VERGENIA R LAWRENCE
5860 OCOEE TRAIL
DOUGLASVILLE GA 30135

### PERSONAL AND CHECK INFORMATION
Vergenia R Lawrence
5860 Ocoee Trail
Douglasville, GA 30135
Soc Sec #: xxx-xx-xxxx    Employee ID: 628

Home Department: 800 Douglasville-staff

Pay Period: 02/20/21 to 03/05/21
Check Date: 03/12/21    Check #: 2856

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 6967 | 798.02 | 2737.57 |
| **NET PAY** | **798.02** | **2737.57** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 78.16 | 11.2500 | 879.30 | 264.96 | 2980.80 |
| Total Hours | 78.16 | | | 264.96 | |
| Gross Earnings | | | 879.30 | | 2980.80 |
| Total Hrs Worked | 78.16 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 54.52 | 184.81 |
| Medicare | | 12.75 | 43.22 |
| Fed Income Tax | S 4 | 6.58 | 6.58 |
| GA Income Tax | S 0 4 0 | 7.43 | 8.62 |
| **TOTAL** | | **81.28** | **243.23** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 798.02 | 2737.57 |

0035 0035-9831  Another Bright Creation Early Learning And Daycare Center • 409 Carolton Rd • Palmetto GA 30268

ANOTHER BRIGHT CREATION EARLY LEARNING AND
409 Carolton Rd
Palmetto GA 30268

0035-9831
ORG: 800 Douglasvil
le-staff
EE ID: 628                DD

VERGENIA R LAWRENCE
5860 OCOEE TRAIL
DOUGLASVILLE GA  30135

**PERSONAL AND CHECK INFORMATION**
Vergenia R Lawrence
5860 Ocoee Trail
Douglasville, GA  30135
Soc Sec #: xxx-xx-xxxx    Employee ID: 628

Home Department: 800 Douglasville-staff

Pay Period: 03/06/21 to 03/19/21
Check Date: 03/26/21    Check #: 2892

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 967 | 755.40 | 3492.97 |
| **NET PAY** | **755.40** | **3492.97** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 73.28 | 11.2500 | 824.40 | 338.24 | 3805.20 |
| Total Hours | 73.28 | | | 338.24 | |
| Gross Earnings | | | 824.40 | | 3805.20 |
| Total Hrs Worked | 73.28 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 51.11 | 235.92 |
| Medicare | | 11.96 | 55.18 |
| Fed Income Tax | S 4 | 1.09 | 7.67 |
| GA Income Tax | S 0 4 0 | 4.84 | 13.46 |
| **TOTAL** | | 69.00 | 312.23 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **755.40** | **3492.97** |

ANOTHER BRIGHT CREATION EARLY LEARNING AND
409 Carolton Rd
Palmetto GA 30268

0035-9831
ORG: 800 Douglasvil
le-staff
EE ID: 628        DD

VERGENIA R LAWRENCE
5860 OCOEE TRAIL
DOUGLASVILLE GA  30135

### PERSONAL AND CHECK INFORMATION
Vergenia R Lawrence
5860 Ocoee Trail
Douglasville, GA  30135
Soc Sec #: xxx-xx-xxxx    Employee ID: 628

Home Department: 800 Douglasville-staff

Pay Period: 03/20/21 to 04/02/21
Check Date: 04/09/21    Check #: 2928

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 967 | 771.75 | 4264.72 |
| **NET PAY** | **771.75** | **4264.72** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 75.14 | 11.2500 | 845.33 | 413.38 | 4650.53 |
| Total Hours | 75.14 | | | 413.38 | |
| Gross Earnings | | | 845.33 | | 4650.53 |
| Total Hrs Worked | 75.14 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 52.41 | 288.33 |
| Medicare | | 12.25 | 67.43 |
| Fed Income Tax | S 4 | 3.19 | 10.86 |
| GA Income Tax | S 0 4 0 | 5.73 | 19.19 |
| **TOTAL** | | **73.58** | **385.81** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **771.75** | **4264.72** |

0035 0035-9831   Another Bright Creation Early Learning And Daycare Center • 409 Carolton Rd • Palmetto GA  30268

ANOTHER BRIGHT CREATION EARLY LEARNING AND
409 Carolton Rd
Palmetto GA 30268

0035-9831
ORG: 800 Douglasvil
le-staff
EE ID: 628                DD

VERGENIA R LAWRENCE
5860 OCOEE TRAIL
DOUGLASVILLE GA  30135

**PERSONAL AND CHECK INFORMATION**
Vergenia R Lawrence
5860 Ocoee Trail
Douglasville, GA 30135
Soc Sec #: xxx-xx-xxxx    Employee ID: 628

Home Department: 800 Douglasville-staff

Pay Period: 04/03/21 to 04/16/21
Check Date: 04/23/21    Check #: 2965

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 967 | 765.80 | 5030.52 |
| **NET PAY** | **765.80** | **5030.52** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 74.46 | 11.2500 | 837.68 | 487.84 | 5488.21 |
| Total Hours | 74.46 | | | 487.84 | |
| Gross Earnings | | | 837.68 | | 5488.21 |
| Total Hrs Worked | 74.46 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 51.94 | 340.27 |
| Medicare | | 12.15 | 79.58 |
| Fed Income Tax | S 4 | 2.42 | 13.28 |
| GA Income Tax | S 0 4 0 | 5.37 | 24.56 |
| **TOTAL** | | 71.88 | 457.69 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **765.80** | **5030.52** |

0035 0035-9831  Another Bright Creation Early Learning And Daycare Center • 409 Carolton Rd • Palmetto GA  30268

ANOTHER BRIGHT CREATION EARLY LEARNING AND   0035-9831
409 Carolton Rd                               ORG: 800 Douglasvil
Palmetto GA 30268                             le-staff
                                              EE ID: 628        DD

VERGENIA R LAWRENCE
5860 OCOEE TRAIL
DOUGLASVILLE GA  30135

**PERSONAL AND CHECK INFORMATION**
Vergenia R Lawrence
5860 Ocoee Trail
Douglasville, GA 30135
Soc Sec #: xxx-xx-xxxx    Employee ID: 628

Home Department: 800 Douglasville-staff

Pay Period: 04/17/21 to 04/30/21
Check Date: 05/07/21    Check #: 3001

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 967 | 783.84 | 5814.36 |
| **NET PAY** | **783.84** | **5814.36** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 76.53 | 11.2500 | 860.96 | 564.37 | 6349.17 |
| Total Hours | 76.53 | | | 564.37 | |
| Gross Earnings | | | 860.96 | | 6349.17 |
| Total Hrs Worked | 76.53 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 53.38 | 393.65 |
| Medicare | | 12.48 | 92.06 |
| Fed Income Tax | S 4 | 4.75 | 18.03 |
| GA Income Tax | S 0 4 0 | 6.51 | 31.07 |
| **TOTAL** | | 77.12 | 534.81 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 783.84 | 5814.36 |

0035 0035-9831   Another Bright Creation Early Learning And Daycare Center • 409 Carolton Rd • Palmetto GA  30268

ANOTHER BRIGHT CREATION EARLY LEARNING AND
409 Carolton Rd
Palmetto GA 30268

0035-9831
ORG: 800 Douglasville-staff
EE ID: 628          DD

VERGENIA R LAWRENCE
5860 OCOEE TRAIL
DOUGLASVILLE GA  30135

**PERSONAL AND CHECK INFORMATION**
Vergenia R Lawrence
5860 Ocoee Trail
Douglasville, GA 30135
Soc Sec #: xxx-xx-xxxx    Employee ID: 628

Home Department: 800 Douglasville-staff

Pay Period: 05/01/21 to 05/14/21
Check Date: 05/21/21    Check #: 3037

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 967 | 704.23 | 6518.59 |
| **NET PAY** | **704.23** | **6518.59** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 68.04 | 11.2500 | 765.45 | 632.41 | 7114.62 |
| Total Hours | 68.04 | | | 632.41 | |
| Gross Earnings | | | 765.45 | | 7114.62 |
| Total Hrs Worked | 68.04 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 47.46 | 441.11 |
| Medicare | | 11.10 | 103.16 |
| Fed Income Tax | S 4 | | 18.03 |
| GA Income Tax | S 0 4 0 | 2.66 | 33.73 |
| **TOTAL** | | **61.22** | **596.03** |

| **NET PAY** | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 704.23 | 6518.59 |

0035 0035-9831  Another Bright Creation Early Learning And Daycare Center • 409 Carolton Rd • Palmetto GA  30268

ANOTHER BRIGHT CREATION EARLY LEARNING AND
409 Carolton Rd
Palmetto GA 30268

0035-9831
ORG: 800 Douglasville-staff
EE ID: 628         DD

VERGENIA R LAWRENCE
5860 OCOEE TRAIL
DOUGLASVILLE GA  30135

**PERSONAL AND CHECK INFORMATION**
Vergenia R Lawrence
5860 Ocoee Trail
Douglasville, GA 30135
Soc Sec #: xxx-xx-xxxx    Employee ID: 628

Home Department: 800 Douglasville-staff

Pay Period: 05/15/21 to 05/28/21
Check Date: 06/04/21    Check #: 3072

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 967 | 708.76 | 7227.35 |
| **NET PAY** | **708.76** | **7227.35** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 68.49 | 11.2500 | 770.51 | 700.90 | 7885.13 |
| Total Hours | 68.49 | | | 700.90 | |
| Gross Earnings | | | 770.51 | | 7885.13 |
| Total Hrs Worked | 68.49 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 47.77 | 488.88 |
| Medicare | | 11.17 | 114.33 |
| Fed Income Tax | S 4 | | 18.03 |
| GA Income Tax | S 0 4 0 | 2.81 | 36.54 |
| **TOTAL** | | 61.75 | 657.78 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **708.76** | **7227.35** |

0035 0035-9831 Another Bright Creation Early Learning And Daycare Center • 409 Carolton Rd • Palmetto GA 30268